THE HONORABLE Brian D. Lynch
CHAPTER 13
HEARING DATE: September 11, 2019
HEARING TIME: 1:30 p.m.
LOCATION: Tacoma, WA
RESPONSE DUE: September 4, 2019

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re:

    Jeffrey Michael Browning
    Cody Allen Kidd

Debtor(s)

) Case No. 16-45021 BDL Ch. 13
)
) NOTICE OF HEARING AND MOTION
) TO WITHDRAW AS ATTORNEY
)
)
)
)

TO: Clerk of the United States Bankruptcy Court; and All parties in interest:

PLEASE TAKE NOTICE that a Motion to Withdraw as Attorney IS SET FOR HEARING as follows:

| DATE OF HEARING | September 11, 2019 |
|---|---|
| TIME | 1:30 pm |
| JUDGE | Hon. Brian D. Lynch |
| LOCATION | Tacoma Federal Courthouse Union Station 1717 Pacific Avenue Tacoma, WA 98402 Courtroom I |
| RESPONSE DUE | September 4, 2019 |

    IF YOU OPPOSE the motion you must file your written response with the court clerk, and deliver copies to the undersigned and all interested parties NOT LATER THAN THE RESPONSE DATE.

    IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

**MOTION**

NOTICE OF HEARING AND MOTION TO WITHDRAW AS ATTORNEY

**COMES NOW** the Debtor, by and through their attorney of record, and moves the Court for an order allowing Mark A. Ditton to withdraw as attorney for both debtors.

1. Debtors are divorcing and Counsel cannot represent either party at this point in this case;
2. Debtors' mailing address is 3202 South Mason Ave C103 Tacoma, WA 98409
3. Debtor's email and phone is: 253-468-5359 email: <jeffbrowning33@gmail.com>
4. Joint Debtor's mailing address is: 165 Butternut Street, Kunkletown, PA 18058
5. Joint Debtor's email and phone is: 253-905-8028; email: codykidd18@gmail.com
6. No deadlines, hearings or trials will be automatically continued as a result of counsel's withdrawal.

WHEREFORE, Debtor moves this Court for an Order Allowing Mark A. Ditton to withdraw as attorney of record for both debtors.

DATED: August 13, 2019

                                                       Respectfully submitted:

                                                      /s/ Mark A. Ditton #45432
                                                      Mark A. Ditton, WSBA#45432
                                                      Attorney for Debtor(s)

Label Matrix for local noticing
0981-3
Case 16-45021-BDL
Western District of Washington
Tacoma
Tue Aug 13 12:14:43 PDT 2019

1st Financial Bank
c/o Jefferson Capital Systems LLC
PO Box 7999
Saint Cloud MN 56302-7999

1st Financial Bank USA
Attn: Bankruptcy
Po Box 1200
North Sioux City, SD 57049-1200

1st Financial Bank USA
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI 48308-0730

ARS/Account Resolution Specialist
Po Box 459079
Sunrise, FL 33345-9079

Action Collection Svc
1325 S Vista Ave
Boise, ID 83705-2533

Aes/chase Bank
Po Box 61047
Harrisburg, PA 17106-1047

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK 73124-8838

Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27420-6012

Jeffrey Michael Browning
3202 South Mason Ave C103
Tacoma, WA 98409-8509

(p)CAINE & WEINER COMPANY
12005 FORD ROAD 300
DALLAS TX 75234-7262

Calvary Portfolio Services
500 Summit Lake Ste 400
Valhalla, NY 10595-2322

Capital One
Po Box 30285
Salt Lake City, UT 84130-0285

Cavalry SPV II, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Central Financial Control
Po Box 66044
Anaheim, CA 92816-6044

Chase Card
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850-5298

Commonwealth Financial Systems
245 Main St
Dickson City, PA 18519-1641

Credit Acceptance
25505 West 12 Mile Rd
Suite 3000
Southfield, MI 48034-8331

Credit Acceptance Corp.
RCO Legal, PS
c/o John A. McIntosh
13555 SE 36th St
Suite 300
Bellevue, WA 98006-1489

Credit International C
Po Box 1268
Bothell, WA 98041-1268

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193-8873

DYNAMIC COLLECTORS, INC.
790 S MARKET BLVD
CHEHALIS, WA 98532-3420

Dept Of Ed/Navient
Attn: Claims Dept
Po Box 9400
Wilkes Barr, PA 18773-9400

Mark Ditton
Northwest Debt Relief Law Firm
14900 Interurban Ave. S. Suite 265
Seattle, WA 98168-4618

Diversified Consultant
10550 Deerwood Park Blvd
Jacksonville, FL 32256-0596

ERC/Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Fingerhut
6250 Ridgewood Rd
St Cloud, MN 56303-0820

Geico
Attn: Region 4 Policy Processi
PO Box 509090
San Diego, CA 92150-9090

Heritage Bank
10318 Gravelly Lake Dr. SW
Lakewood, WA 98499-5007

IRS
PO Box 7346
Philadelphia, PA 19101-7346

| | | |
|---|---|---|
| JP Morgan Chase<br>Attn: Bankruptcy<br>Po Box 15298<br>Wlmington, DE 19850-5298 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Cody Allen Kidd<br>165 Butternut St<br>Kunkletown, PA 18058-7227 |
| LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Michael G. Malaier<br>2122 Commerce Street<br>Tacoma, WA 98402-3002 | John Anthony McIntosh<br>Schweet Linde & Coulson<br>575 S Michigan Street<br>Seattle, WA 98108-3316 |
| Midland Funding, LLC<br>Midland Credit Management, Inc.<br>as agent for Midland Funding, LLC<br>PO BOX 2011<br>Warren, MI 48090-2011 | MultiCare<br>PO BOX 34616<br>Seattle, WA 98124-1616 | National Credit System<br>Po Box 31215<br>Atlanta, GA 31131 |
| Navient Solutions, Inc. on behalf of<br>Department of Education Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 | Pac Nw Coll<br>819 Pacific Ave<br>Tacoma, WA 98402-5209 | Pacific Northwest Coll<br>819 Pacific Ave<br>Tacoma, WA 98402-5209 |
| Pacific Northwest Collections<br>819 Pacific Ave<br>Tacoma, WA 98402-5209 | Pierce County District Court<br>930 Tacoma Ave. S. Room 239<br>Tacoma, WA 98402-2175 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Progressive Insurance<br>6300 Wilson Mills Road<br>Cleveland, OH 44143-2182 | Puget Sound Collections<br>Attn:   Janice White<br>PO Box 3011<br>Tacoma, WA 98401-3011 | Puget Sound Collections<br>PO Box 3011<br>Tacoma, WA 98401-3011 |
| Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>CP Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Ruston Municipal Court<br>5117 N Winnifred St<br>Tacoma, WA 98407-6512 |
| Sound Credit Union<br>3633 Pacific Ave<br>Tacoma, WA 98418-7900 | Sound Credit Union<br>Po Box 1595<br>Tacoma, WA 98401-1595 | Southwest Credit Systems<br>4120 International Parkway Ste 1100<br>Carrollton, TX 75007-1958 |
| Synchrony Bank/ JC Penneys<br>Po Box 965064<br>Orlando, FL 32896-5064 | Synchrony Bank/ Old Navy<br>Po Box 965064<br>Orlando, FL 32896-5064 | (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 |
| TSI<br>Po Box 15630<br>Wilmington, DE 19850-5630 | Target<br>C/O Financial & Retail Srvs<br>Mailstopn BT POB 9475<br>Minneapolis, MN 55440-9475 | Tsi/980<br>2920 Prospect Park Drive<br>Rancho Cordova, CA 95670-6036 |

| | | |
|---|---|---|
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | US District Court<br>700 Stewart Street<br>Seattle, WA 98101-4439 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 |
| Verizon<br>140 West Street<br>New York, NY 10007-2123 | Verizon<br>Bankruptcy<br>PO Box 165018<br>Columbus, OH 43216 | Visa Dept Store National Bank<br>Attn: Bankruptcy<br>Po Box 8053<br>Mason, OH 45040-8053 |
| Wells Fargo<br>P.O. Box 14547<br>Des Moines, IA 50306-3547 | Whatcom County District Court<br>311 Grand Ave # 301<br>Bellingham, WA 98225-4038 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Caine & Weiner<br>Po Box 5010<br>Woodland Hills, CA 91365 | Jefferson Capital Systems LLC<br>PO Box 7999<br>St Cloud, mn 56302-9617 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| T-Mobile<br>Bankruptcy Notices<br>PO Box 53410<br>Bellevue, WA 98015 | (d)T-Mobile<br>PO Box 660252<br>Dallas, TX 75266-0252 | US Bank<br>Bankruptcy Department<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 |
| (d)US Bank<br>Cardmember Services<br>P.O. Box 108<br>Saint Louis, MO 63166-9801 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Courtesy NEF | (d)Progressive Insurance Company<br>6300 Wilson Mills Road<br>Cleveland, OH 44143-2182 | End of Label Matrix<br>Mailable recipients   67<br>Bypassed recipients    2<br>Total   69 |